BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700



FILED
JUL 18 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 1838 VICKI LANE, STOCKTON, CALIFORNIA | S.W. NO. 2:11-SW-0423 KJN<br><br>REQUEST TO UNSEAL SEARCH WARRANT; ORDER |

The search warrant in the above-captioned proceeding was executed on October 4, 2011, and the investigation has progressed sufficiently that there is no longer a need to keep the search warrant, search warrant application, or search warrant affidavit sealed. Accordingly, the United States asks that the Court order this material unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: 7/18/12

By: RICHARD J. BENDER
Assistant U.S. Attorney

O-R-D-E-R

It is so ORDERED,
this 18th day of ~~June~~ July, 2012

CAROLYN K. DELANEY
U.S. Magistrate Judge